LILLIAS BERZITO v. VINCENT GAMBINO.

September 21, 1972. Petition for certification granted. (See 119 *N. J. Super.* 332).

BARNEY'S FURNITURE WAREHOUSE OF NEWARK, INC., *ET AL.* v. CITY OF NEWARK.

September 21, 1972. Petition for certification granted.

CARYL BETH CAICCO v. TOTO BROTHERS, INC.

September 21, 1972. Petition for certification granted.

GARY HAASE, AN INFANT BY HIS GUARDIAN *AD LITEM*, *ET AL.* v. NORTH HUDSON SCRAP IRON CORP.

September 21, 1972. Petition for certification granted.

TEXACO, INC., v. WILLARD B. APPLEGET, d/b/a BILL APPLEGET'S SERVICE CENTER.

September 21, 1972. Petition for certification granted.